UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARQUARION HENDERSON,

    Plaintiff,

v.

                                                  Case No. 1:20-cv-22

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,                          HON. JANET T. NEFF

    Defendants.
_____/

## ORDER

This is a prisoner civil rights action brought under 42 U.S.C. § 1983. Defendants Davids, Traylor (named in the complaint as "Unknown Taylor"), and Oversmith filed a Motion for Summary Judgment (ECF No. 25). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 1, 2021 (ECF No. 40), recommending that the motion be granted and that Defendants Davids, Traylor, and Oversmith be dismissed from this action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 40) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 25) is GRANTED. Defendants Davids, Traylor, and Oversmith are DISMISSED from this action.

Dated: November 30, 2021                                    /s/ Janet T. Neff
                                                                        JANET T. NEFF
                                                                         United States District Judge