UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARQUARION HENDERSON,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

Case No. 1:20-cv-22

HON. JANET T. NEFF

## **ORDER**

Before the Court are "Defendant Haynes' Motion for Summary Judgment Based Solely on a Failure to Exhaust Administrative Remedies" (ECF No. 37), Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 54), Plaintiff's Motion for Leave to File a Supplemental Complaint (ECF No. 55), the Magistrate Judge's Report and Recommendation, recommending that the motion for summary judgment be granted, the motions for leave to amend and supplement the complaint be denied and the action terminated (ECF No. 64 at PageID.314), Plaintiff's objection to the report and recommendation (ECF No. 65), and Plaintiff's Motion to Voluntarily Dismiss His Complaint for failure to exhaust administrative remedies (ECF No. 66).

Having reviewed the record:

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Voluntarily Dismiss His Complaint (ECF No. 66) is GRANTED.

**IT IS FURTHER ORDERED** that the Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that "Defendant Haynes' Motion for Summary Judgment Based Solely on a Failure to Exhaust Administrative Remedies" (ECF No. 37) is MOOT.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 54) is MOOT.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File a Supplemental Complaint (ECF No. 55) is MOOT.

**IT IS FURTHER ORDERED** that the Magistrate Judge's Report and Recommendation (ECF No. 64) is MOOT.

Dated:  June 28, 2022                                             /s/ Janet T. Neff
                                                                               JANET T. NEFF
                                                                               United States District Judge